No. 421. Ruben Condenser Co. et al. *v.* Aerovox Corporation. October 14, 1935. Petition for writ of

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Bristol* for petitioners. *Messrs. Oscar W. Jeffery* and *Morris Hirsch* for respondent.